18

===============================================================
UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS
===============================================================

PEDRO J. DAVIS                          §
                                        §
                                        §
                                        §
versus                                  §   CIVIL ACTION NO. B97 233
                                        §
                                        §
T. L. JAMES & COMPANY, INC.             §

United States District Court
Southern District of Texas
ENTERED
OCT 16 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | PEDRO DAVIS | 10/13/98 |
| Michael J Uebin | T. L. James + Company, Inc | 10/15/98 |

ORDER TO TRANSFER

This case is transferred to Untied States Magistrate Judge

**John Wm. Black**

to conduct all further proceedings, including final judgment.

10-15-98
Date

[signature]
United States District Judge