*19*

```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
                 BROWNSVILLE DIVISION
```

PEDRO J. DAVIS                    *
       VS                         *   C.A. NO.
T. L. JAMES & COMPANY, INC.       *   B97 233
                                      (636(c))

**United States District Court
Southern District of Texas
ENTERED
OCT 16 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk**

## ORDER GRANTING MOTION
## FOR EXTENSION OF DOCKET DATES

On this day came on to be considered **a motion for extension of docket dates** in the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)  A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than **March 19, 1999;**

   (a)  the nature of the case;
   (b)  contentions of the parties;
   (c)  stipulations;
   (d)  specific issues of fact, as they are submitted to the jury;
   (e)  issues of law, if any;
   (f)  list of all pending motions;
   (g)  approximate duration of trial; and
   (h)  in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(2)  Jury selection is set for **April 2, 1999, at 8:30 am;**

(3)  Jury trial is set for **April 12, 1999, at 9:00 a.m.**

DONE at Brownsville, Texas, on October 15, 1998.

                                    _____
                                          John Wm. Black
                                    United States Magistrate Judge