22

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO J. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-233 |
| | § | |
| T. L. JAMES & COMPANY, INC. | § | |

## ORDER GRANTING

On the 23rd day of March, 1999, the court considered Defendant T.L. James & Company, Inc.'s and Plaintiff, Pedro J. Davis' Joint Motion to Extend Time to file Pretrial Order. After considering the motion, the court is of the opinion that Defendant's and Plaintiff's motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that Defendant's and Plaintiff's Joint Motion to Extend Time to file Pretrial Order be GRANTED.

Joint Pretrial Order is to be filed no later than March 26, 1999.

SIGNED this 23 day of MARCH, 1999.

_____
U.S. DISTRICT JUDGE