24

United States District Court
Southern District of Texas
ENTERED

MAR 2 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO J. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-233 |
| | § | |
| T. L. JAMES & COMPANY, INC. | § | |

## ORDER

## REQUEST FOR HEARING

Pursuant to Federal Rule of Civil Procedure 12(b)(3) Defendant, T. L. JAMES & COMPANY, INC. and Plaintiff, PEDRO J. DAVIS request a hearing on their Agreed Motion for Continuance.

IT IS ORDERED that a hearing on Defendant T. L. JAMES & COMPANY, INC.'S and Plaintiff, PEDRO J. DAVIS' Agreed Motion for is set for the __31st__ day of __March__, 1999, at __2:00__ p.m. telephonically, in the United States District Court for the Southern District of Texas, Brownsville Division.

SIGNED this __29th__ day of __March__, 1999.

_____
U.S. DISTRICT JUDGE