26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| PEDRO J. DAVIS | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-233 |
| | § | |
| T. L. JAMES & COMPANY, INC. | § | |

## ORDER GRANTING

On the 31 day of MAR, 1999, the court considered Defendant T.L. James & Company, Inc.'s and Plaintiff, Pedro J. Davis' Joint Agreed Motion for Continuance. After considering the motion, the court is of the opinion that Defendant's and Plaintiff's motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that Defendant's and Plaintiff's Agreed Motion for Continuance is GRANTED.

SIGNED this 31 day of MAR, 1999.

U.S. MAGISTRATE JUDGE