United States District Court
Southern District of Texas
ENTERED
APR 1 2 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO J. DAVIS | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-233 |
| | § | |
| T. L. JAMES & COMPANY, INC. | § | |
| AND HIGHLANDS INSURANCE | § | |
| COMPANY | § | |

## AGREED SCHEDULING ORDER

IT IS HEREBY ORDERED THAT:

(1)  All discovery in this case must be completed by May 21, 1999. If additional time is required, a motion requesting such extension must be filed no later than May 14, 1999. Failure to file such motion shall preclude further discovery.

(2)  All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)  An amended joint pretrial order, in full compliance with the local rules, setting forth the following matters to be filed no later than May 21, 1999:

    (a)  the nature of the case
    (b)  contentions of the parties
    (c)  stipulations
    (d)  specific issues of fact, as they are submitted to the jury;
    (e)  issues of law, if any;
    (f)  list of all pending motions;
    (g)  approximate duration of trial; and
    (h)  in non-jury cases, specific proposed findings of fact and conclusions of laws.

(4)  Jury selection will be set for June 4, 1999.

(5)  A final pretrial and settlement conference shall be set for June 10, 1999 at 1:30 P.M.

(6)  Trial on the merits be set for June 14, 1999, docket call at 9:00 A.M. before Magistrate Judge John Wm. Black.

28

DONE at Brownsville, Texas, on the 12TH day of April, 1999.

_____
John Wm. Black
United States Magistrate Judge

AGREED:

PEREZ & ASSOCIATES

_____
Frank E. Perez
State Bar No. 15776540
436 Paredes Line Road
P.O. Box 3490
Brownsville, Texas 78523-3490
Telephone:     (956) 504-5403
Telefax:       (956) 504-5991
ATTORNEY FOR T.L. JAMES & COMPANY, INC.

_____
Michael Callahan
Federal Bar No. 18903
State Bar No. 00790416
1305 Prairie Ave. Suite #250
Houston, Texas 77002
Telephone:     (713) 224-7996
Telefax:       (713) 237-9217
ATTORNEY FOR PEDRO J. DAVIS