34

United States District Court
Southern District of Texas
ENTERED

JUL 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO J. DAVIS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-233 |
| | § | |
| T. L. JAMES & COMPANY, INC. | § | |

## AGREED ORDER OF DISMISSAL

The Plaintiff, Pedro J. Davis, and the Defendant, T. L. James & Company by and through their attorneys of record, have informed the Court that this matter has been compromised and settled. The Parties have asked that this case and all claims and causes of action asserted by Plaintiff be dismissed with as prejudice, against Defendant, T. L. James & Company, Inc., in all capacities, and that each party will pay the court costs incurred by that party, and it appearing to the Court that the agreed dismissal with prejudice should be made as prayed, now therefore, it is;

ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted by Plaintiff be dismissed with prejudice against Defendant T. L. James & Company, Inc. in all capacities, with each party paying its own court costs.

ENTERED at Brownsville, Cameron County, Texas, on this 22 day of July, 1999.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com

AGREED TO AND ENTRY REQUESTED:

Respectfully submitted,
**PÉREZ & ASSOCIATES**

_____
Frank E. Pérez
State Bar No.: 15776540
436 Paredes Line Road
P.O. Box 3490
Brownsville, Texas 78520
Telephone: (956) 504-5403
Telefax:    (956) 504-5991
ATTORNEY FOR DEFENDANT,
T. L. JAMES & COMPANY, INC.


LAW OFFICE OF HARRY ARTHUR

_____
Mr. Michael Callahan
State Bar No. 00790416
Mr. Harry Arthur
State Bar No. 01364000
Marine Building
1305 Prairie, Suite 250
Houston, Texas 77002
Telephone: (713) 224-7996
Telefax:    (713) 237-9217
ATTORNEY FOR PLAINTIFF PEDRO J. DAVIS